**Dismissed and Memorandum Opinion filed August 28, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00696-CR

---

## TIMOTEO RAUL NAVARRO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1021411**

---

## M E M O R A N D U M    O P I N I O N

After a plea of guilty, appellant was convicted of the offense of sexual assault of a child and sentenced to seven years in prison on October 19, 2005. No timely motion for new trial was filed. Appellant's notice of appeal was due November 18, 2005, but was not filed until July 27, 2018.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App.

P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).